Brett R. Cohen (SBN 337543)
**LEEDS BROWN LAW, P.C.**
134 Mineola Boulevard, 2nd Floor
Mineola, NY 11501
Telephone: (516) 873-9550
bcohen@leedsbrownlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| NEW ERA CAP, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AARON RAMOS, et al.,<br><br>Defendant. | Case No.: 4:26-cv-08344-KAW<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff New Era Cap, LLC ("Plaintiff") and Defendants Aaron Ramos, et al. ("Defendants"), by and through their respective counsel of record, hereby stipulate and request as follows.

1. On August 11, 2026, Plaintiff filed the Complaint for Declaratory Judgment in this action.
2. Defendants executed Waivers of the Service of Summons, establishing a deadline of October 26, 2026, to file an answer or motion under Rule 12.
3. The parties are currently engaged in settlement discussions and are actively attempting to schedule a mediation for December 2026.
4. To conserve judicial resources and avoid unnecessary litigation expenses while the parties pursue alternative dispute resolution, the parties have agreed, subject to the Court's approval, to extend Defendants' deadline to respond to the Complaint by seventy-five (75) days, from October 26, 2026, to January 11, 2027 (the first business day following the 75th day).

5. On August 12, 2026, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines, which currently schedules the Initial Case Management Conference for November 10, 2026, with associated deadlines falling in October and November 2026.
6. Because the requested extension for Defendants' responsive pleading extends beyond the scheduled Initial Case Management Conference, the parties respectfully request that the Court continue the Initial Case Management Conference to a date in mid-February 2027 or thereafter at the Court's convenience, and that all associated deadlines under Fed. R. Civ. P. 26 and the ADR Local Rules be adjusted accordingly.

**IT IS SO STIPULATED.**

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:

**LEEDS BROWN LAW, P.C.**

*/s/ Brett R. Cohen*
Brett R. Cohen, Esq.
134 Mineola Boulevard, 2nd Floor
Mineola, NY 11501
Telephone: (516) 873-9550
bcohen@leedsbrownlaw.com
*Attorneys for Defendants*

DATED:

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Daniel T. Rockey*
Daniel T. Rockey
Alexandra C. Whitworth
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4070
Telephone: (415) 675-3400
daniel.rockey@bclplaw.com
alex.whitworth@bclplaw.com
*Attorneys for Plaintiff*

Brett R. Cohen (SBN 337543)
**LEEDS BROWN LAW, P.C.**
134 Mineola Boulevard, 2nd Floor
Mineola, NY 11501
Telephone: (516) 873-9550
bcohen@leedsbrownlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| NEW ERA CAP, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AARON RAMOS, et al.,<br><br>Defendant. | Case No.: 4:26-cv-08344-KAW<br><br>**DECLARATION OF BRETT R. COHEN IN SUPPORT OF STIPULATED REQUEST** |

I, Brett R. Cohen, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at Leeds Brown Law, P.C., making an appearance as counsel for Defendants Aaron Ramos, et al. I submit this declaration pursuant to Civil Local Rule 6-2(a).

2. **Reasons for Extension:** The parties are actively discussing mediation to be scheduled in December 2026. A 75-day extension of the response deadline and a corresponding continuance of the Case Management Conference will account for the upcoming holidays and allow the parties to focus resources on settlement efforts rather than drafting responsive pleadings and initial disclosures.

3. **Previous Time Modifications:** There have been no previous time modifications in this case.

4. **Effect on Case Schedule**: Extending the response deadline to January 11, 2027, necessitates continuing the Initial Case Management Conference, currently set for November 10, 2026, and adjusting the related Rule 26 and ADR deadlines accordingly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2026.

**LEEDS BROWN LAW, P.C.**

*/s/ Brett R. Cohen*
Brett R. Cohen, Esq.
134 Mineola Boulevard, 2nd Floor
Mineola, NY 11501
Telephone: (516) 873-9550
bcohen@leedsbrownlaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NEW ERA CAP, LLC, a limited liability company,<br>Plaintiff,<br>v.<br>AARON RAMOS, et al.,<br>Defendant. | Case No.: 4:26-cv-08344-KAW<br>**[PROPOSED]**<br>**ORDER** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Defendants' deadline to file an answer or otherwise respond to the Complaint is extended to January 11, 2027.
2. The Initial Case Management Conference, currently scheduled for November 10, 2026, is hereby continued to ________________________________ via Zoom.
3. The deadlines to file the ADR Certification, meet and confer pursuant to Fed. R. Civ. P. 26(f), file initial disclosures, and file the Joint Case Management Statement are adjusted accordingly based on the new Initial Case Management Conference date.

Dated:

______________________________

Hon. Kandis A. Westmore, U.S.M.J.