**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| NEW ERA CAP, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AARON RAMOS, et al.,<br><br>Defendant. | Case No.: 4:26-cv-08344-KAW<br><br>**ORDER** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Defendants' deadline to file an answer or otherwise respond to the Complaint is extended to January 11, 2027.
2. The Initial Case Management Conference, currently scheduled for November 10, 2026, is hereby continued to February 23, 2027 at 1:30 p.m. via Zoom.
3. The deadlines to file the ADR Certification, meet and confer pursuant to Fed. R. Civ. P. 26(f), file initial disclosures, and file the Joint Case Management Statement are adjusted accordingly based on the new Initial Case Management Conference date.

Dated: 10/27/2026

Kandis Westmore

Hon. Kandis A. Westmore,
United States Magistrate Judge